IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MIMI WANG,

    Defendant.
                               /

No. CR 11-0804 MMC

**ORDER OF REFERENCE**

In light of the parties' recent joint request to continue the briefing schedule and hearing on defendant's motion to suppress, for the purpose of "seeking a Judicial Conference with Judge Laurel Beeler in an attempt to settle this case" (see Document No. 19), the above-titled action is hereby REFERRED to Magistrate Judge Laurel Beeler for the purpose of conducting a settlement conference.

**IT IS SO ORDERED.**

Dated: May 31, 2012

                                        MAXINE M. CHESNEY
                                        United States District Judge