JOHN M. RUNFOLA SBN 96058
Attorney at Law
Pier 9, Suite 100
San Francisco, California 94101
Telephone: (415) 391-4243
Facsimile: (415) 391-5161


Attorney for Defendant
MIMI WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No(s).CR 11-0804 MMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **UNOPPOSED [PROPOSED] ORDER** |
| | ) | **FOR SETTING OF CHANGE OF PLEA** |
| MIMI WANG, | ) | **HEARING** |
| | ) | |
| Defendant. | ) | **AND ORDER THEREON** |
| _____ | ) | |

_____Counsel for Ms. Wang, and the counsel for the Government had a  Judicial Settlement

Conference with Judge Laurel Beeler on June 25, 2012. The case was settled as this conference.

Counsel respectfully request the motion hearing currently set for <u>August 1, 2012</u> at 2:15 p.m be

vacated and that a change of plea hearing be set for <u>July 11, 2012</u> at 2:15p.m.

No party objects to the requested hearing date changes.

//

//

UNOPPOSED [PROPOSED] ORDER FOR SETTING OF CHANGE OF PLEA HEARING

SO STIPULATED:


DATED: July 06, 2012                                    /s/
                                                JOHN RUNFOLA
                                                Attorney for MIMI WANG


DATED: July 06, 2012                                    /s/
                                                DAMALI TAYLOR
                                                Assistant United States Attorney


[~~PROPOSED~~] ORDER

    For the reasons stated above, the Court finds good cause to vacate the motion  hearing

date of  August 1, 2012 and set a change of plea hearing date for July 11, 2012 at 2:15 p.m.


    IT IS SO ORDERED.


DATED: July 9, 2012                      _____
                                         THE HONORABLE JUDGE MAXINE CHESNEY
                                         United States District Judge


UNOPPOSED [PROPOSED] ORDER FOR SETTING OF CHANGE OF PLEA HEARING