IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-804 MMC |
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR ORDER FINDING WAIVER OF PRIVILEGE** |
| v. | |
| MIMI WANG, | |
| Defendant / | |

Before the Court is plaintiff United States of America's "Motion for Order Finding Waiver of Privilege and Directing Defense Counsel to Provide Declaration," filed December 18, 2012.

The motion is not noticed for hearing (see Crim. L.R. 47-1), nor has plaintiff filed proof of service on defendant Mimi Wang.[1]

Accordingly, the motion is hereby DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: December 19, 2012

MAXINE M. CHESNEY
United States District Judge

---

[1] To the extent John Runfola remains listed as defendant's counsel of record, it is clear he cannot represent her in connection with the instant matter (see Motion, filed Dec. 18, 2012 at 1:21-24), and it is clear she has no other counsel at this time (see Order Denying Defendant's Request for Appointment of Counsel, filed Dec. 14, 2012).